# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CONTRERAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN, Warden,<br><br>　　　　Respondent. | Case No. CV 15-03768-JAK (JPR)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 10, 2016

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE